UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SHELLMOUND-CHRISTIE CORP., A CORPORATION, | Case No. 23-cv-05192-KAW |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | Re: Dkt. No. 63 |
| CA/SCC 5850 LS JV, LLC, A LIMITED LIABILITY COMPANY, et al., | |
| Defendants. | |

On August 27, 2025, the Court granted Plaintiff's motion for default judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Plaintiff and against Defendants. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 28, 2025

KANDIS A. WESTMORE
United States Magistrate Judge